**Order entered July 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00624-CV

### IN RE REDDIE HOUSTON, Relator

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81813-06**

## ORDER

Before the Court is relator's motion in which he asserts a right under article 37.07 of the Texas Code of Criminal Procedure to list any and all outstanding causes in this Court or, alternatively, to dismiss all pending causes assigned to this Court pertaining to relator. The Court has no pending appeals or original proceedings regarding relator. Accordingly, we **DENY** the motion as moot.

/s/     LANA MYERS
        JUSTICE